1

2

3

4

5

6

7            UNITED STATES BANKRUPTCY COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9   In re

10   JAY GEHRE PUTNAM,                                    No. 10-14079

11                        Debtor(s).
     _____/

12
                        Memorandum re Plan Confirmation
13                        _____

14          Chapter 11 debtor in possession Jay Putnam is a practicing lawyer.  His business premises are

15   at 523 B Street, Petaluma.  The property includes an apartment on an upper floor.  When Putnam filed

16   his Chapter 11 petition on October 22, 2010, he had lived in another property for more than three

17   years.  After the filing, he moved into the apartment.  His plan, which modifies the rights of creditor

18   Chase Home Finance, LLC, secured by the property, is now before the court.  The parties have

19   resolved all issues except whether as a matter of law Putnam can modifiy Chase's rights.

20          Section 1123(b)(5) of the  Bankruptcy Code allows a debtor to modify the rights of all creditors

21   except those secured only by the debtor's principal residence.  The property was not Putnam's

22   principal residence when he filed his Chapter 11 petition but was at the time his plan came up for

23   confirmation.  The issue is which date controls.

24          The Bankruptcy Appellate Panel has addressed and resolved the issue by holding that the

25   petition date is the applicable date.  *In re Abdelgadir,* 455 B.R. 896, 903 (9th Cir. BAP 2011).  This

26   does not mean, of course, that a debtor can move out of his home the day before bankruptcy and then

1

1   modify his home loan; such manipulation and trickery would be evidence of bad faith which might

2   render a plan unconfirmable pursuant to  § 1129(a)(3) of the Code.  However, it does mean that if the

3   property was a bona fide non-residence of the debtor when the bankruptcy petition was filed then the

4   postpetition use of the property as a principal residence does not prohibit modification of a secured

5   creditor's rights.

6          Putnam having satisfied the court that his plan is proposed in good faith, and all other issues

7   having been resolved, his amended plan will be confirmed.  His counsel shall submit an appropriate

8   form of order, which counsel for Chase has approved as to form.

9

10  Dated:  November 20, 2011

11

12
    _____
13  Alan Jaroslovsky
    U.S. Bankruptcy Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

                                            2